# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KWANA HARRIS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DEBORAH K. JOHNSON, Warden,<br><br>　　　　Respondent. | Case No. CV 14-4221 FMO (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

1     IT IS ORDERED that Judgment be entered denying the petition and
2 dismissing this action with prejudice.
3
4
5 DATE: July 13, 2015                 _____/s/_____
                                                      HON. FERNANDO M. OLGUIN
6                                                        UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28