# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KWANA HARRIS,<br><br>       Petitioner,<br><br>       v.<br><br>DEBORAH K. JOHNSON, Warden,<br><br>       Respondent. | Case No. CV 14-4221 FMO (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: July 13, 2015                        _____/s/_____
                                                            HON. FERNANDO M. OLGUIN
                                                            UNITED STATES DISTRICT JUDGE